THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LYNN JACKSON, JR., individually and as Personal Representative of the Estate of FOREST EDWIN JACKSON, deceased, and CATHERINE IRENE JACKSON, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MOUNTLAKE TERRACE, a political subdivision of the STATE OF WASHINGTON, OFFICER MATT PORTER; OFFICER BRIAN MOSS; SWEDISH MEDICAL CENTER, a corporation doing business in the State of Washington, and GRETCHEN TOPPING,<br><br>Defendants. | No. 2:16-cv-1282<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING CITY OF MOUNTLAKE TERRACE, OFFICER MATT PORTER AND OFFICER BRIAN MOSS WITH PREJUDICE |

## STIPULATION

It is hereby stipulated and agreed by and among Plaintiff and Defendants City of Mountlake Terrace, Matt Porter and Brian Moss, through their respective counsel that all claims in this matter may now be dismissed with prejudice and without costs to any party.

STIPULATION AND (PROPOSED ORDER) - 1 of 3

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED this _____ day of March, 2017.

3

4

5  Attorneys for Plaintiffs                           Attorneys for Mountlake Terrace, Officers
                                                      Matt Porter and Brian Moss

6  *s/Julie A. Kays*                                  *s/Shannon M. Ragonesi*
   Lincoln C. Beauregard, WSBA #32878                 Shannon M. Ragonesi, WSBA #31951
7  Julie A. Kays, WSBA #30385                         Keating Bucklin McCormack PC
   Connelly Law Offices                               800 Fifth Avenue, Suite 4141
8  2301 North 30th Street                             Seattle, WA 98104
   Tacoma, WA 98403                                   T: 206.623.8861
9  T: 253.593.5100                                    E: sragonesi@kbmlawyers.com
   E: lincolnb@connelly-law.com
10    jkays@connelly-law.com

11

12

13
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
14

15  DATED: March 23, 2017      _____
                                The Honorable James L. Robart
16                              United States District Judge

17

18

19

20

21

22

23

STIPULATION AND (PROPOSED ORDER) - 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such served to the following:

Shannon M. Ragonesi
Keating, Bucklin & McCormack
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206)623-8861
Fax: (206)223-9423
sragonesi@kbmlawyers.com
Attorneys for Defendants City of Mountlake Terrace and Officers Brian Moss and Matt Porter

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Tacoma, Washington on March 22, 2017.

                               s/ Marla H. Folsom
                               Marla H. Folsom, Paralegal
                               Connelly Law Offices
                               2301 North 30th Street
                               Tacoma, WA 98104
                               Telephone: (253)593-5100
                               Fax: (253)593-0380
                               Email: mfolsom@connelly-law.com